**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6415**

---

WAYNE THOMAS JOHNSON,

Plaintiff - Appellant,

versus

SUE MEDFORD, Nurse Supervisor at Marion
Correctional Institution, in her official and
individual capacity; SID HARKLEROAD,
Superintendent at Marion Correctional
Institution, in his official and individual
capacity; ANGELA TWITTY, in her official and
individual capacity; JANE DOE, in her official
and individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-02-1-1-MU)

---

Submitted: May 30, 2002                     Decided: June 7, 2002

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wayne Thomas Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Thomas Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Medford</u>, No. CA-02-1-1-MU (W.D.N.C. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>